IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA



FILED
JUL 19 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY_____,DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) No. CR 23-290HE | |
| | ) | |
| GABRIEL NHAT HIEP NGUYEN, | ) Violations: | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| Defendant. | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 21 U.S.C. § 856(a)(1) |
| | ) | 18 U.S.C. § 924(d) |
| | ) | 21 U.S.C. § 853 |
| | ) | 28 U.S.C. § 2461(c) |

**I N D I C T M E N T**

The Federal Grand Jury charges:

**COUNT 1**
**(Drug Conspiracy)**

From on or about June 21, 2023, the exact date being unknown to the Grand Jury, through on or about June 28, 2023, in the Western District of Oklahoma,

-------------------------------- **GABRIEL NHAT HIEP NGUYEN** --------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute 40 grams or more of a mixture or substance containing a detectable amount of N–phenyl–N–[1–(2–phenylethyl)–4–piperidinyl] propanamide

(fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(B).

## COUNT 2
### (Possession of Fentanyl with Intent to Distribute)

On or about June 28, 2023, in the Western District of Oklahoma,

-------------------------------- GABRIEL NHAT HIEP NGUYEN ----------------------------

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N–phenyl–N–[1–(2–phenylethyl)–4–piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, at his residence.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found in Title 21, United States Code, Section 841(b)(1)(B).

## COUNT 3
### (Possession of Firearms in Furtherance of a Drug-Trafficking Crime)

On or about June 28, 2023, in the Western District of Oklahoma,

-------------------------------- GABRIEL NHAT HIEP NGUYEN ----------------------------

knowingly possessed firearms, specifically:

1. a Glock, model 43X, 9mm Luger caliber pistol, bearing serial number BXCM651; and

2. a Glock, model 19X, 9mm Luger caliber pistol, bearing serial number BURW844,

in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of fentanyl with intent to distribute, as charged in Count 2.

All in violation of Title 18, United States Code, Section 924(c)(1)(A), the penalty for which is found at Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4
### (Felon in Possession of Firearms)

On or about June 28, 2023, in the Western District of Oklahoma,

---------------------------- **GABRIEL NHAT HIEP NGUYEN,** ----------------------------

with knowledge that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed firearms, specifically:

1. a Glock, model 43X, 9mm Luger caliber pistol, bearing serial number BXCM651; and
2. a Glock, model 19X, 9mm Luger caliber pistol, bearing serial number BURW844,

which were in and affecting interstate or foreign commerce in that said firearms had previously crossed state lines to reach Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(8).

## COUNT 5
### (Maintaining a Drug-Involved Premises)

On or about June 28, 2023, in the Western District of Oklahoma,

---------------------------- **GABRIEL NHAT HIEP NGUYEN** ----------------------------

knowingly and intentionally opened, leased, rented, used, and maintained a place at 1222

W. I-240 Service Road, Apartment 240, Oklahoma City, Oklahoma, for the purpose of distributing controlled substances.

All in violation of Title 21, United States Code, Section 856(a)(1).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1, 2, and 5 of this Indictment, **GABRIEL NHAT HIEP NGUYEN** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used or intended to be used, in any manner or part to commit or to facilitate the commission of such offense.

Likewise, upon conviction of any of the offenses alleged in Counts 3 and 4 of this Indictment, **GABRIEL NHAT HIEP NGUYEN** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. a Glock, model 43X, 9mm Luger caliber pistol, bearing serial number BXCM651;

2. a Glock, model 19X, 9mm Luger caliber pistol, bearing serial number BURW844; and

3. any and all ammunition and magazines not otherwise specified.

All pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*[signature]*
FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*[signature]*

THOMAS B. SNYDER
Assistant United States Attorney